IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01571-BNB

TIFFANY D. THEISEN,

    Plaintiff,

v.

PENROSE-ST. FRANCIS MEDICAL CENTER, and
ASSOCIATES IN WOMEN'S CARE, P.C.,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2009

GREGORY C. LANGHAM
                    CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Tiffany D. Theisen initiated this action by filing *pro se* a complaint. On July 23, 2009, she filed an amended complaint on the proper form. In an order filed on July 27, 2009, Magistrate Judge Craig B. Shaffer directed Ms. Theisen to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. Theisen was warned that the action would be dismissed without further notice if she failed to file a second amended complaint within thirty days. On August 12, 2009, Magistrate Judge Boyd N. Boland entered a minute order granting Ms. Theisen an extension of time until September 25, 2009, to file her second amended complaint.

Ms. Theisen has failed to file a second amended complaint as directed within the time allowed. Therefore, the action will be dismissed without prejudice for failure to file a second amended complaint. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this 21 day of Oct., 2009.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01571-BNB

Tiffany Theisen
33 E. Fillmore St
Colorado Springs, CO 80907

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** the above-named individuals on 10/21/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk